

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00047-CR

| | | |
|---|---|---|
| JOSHUA ERIC TOWNLEY, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR16-0115) |
| v. | § | October 11, 2018 |
| | § | Opinion by Justice Pittman |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
     Justice Mark T. Pittman